U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 24 2011

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FANNIE MAE SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-494-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is an action by plaintiff, Fannie Mae Smith, seeking judicial review of the final decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff "is not disabled under Section 1614(a)(3)(A) of the Social Security Act."[1] On September 20, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and a recommendation that the Commissioner's decision be affirmed. On October 5, 2010, plaintiff filed objections to the Magistrate Judge's proposed findings and conclusions and recommendation. After a thorough study of the Magistrate Judge's proposed findings and conclusions, the entire record, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the Magistrate Judge

---

[1] The quoted language is the decision of the administrative law judge, Tr. at 24, which became the final decision of the Commissioner, id. at 1.

should be accepted.  Therefore,

    The court adopts the Magistrate Judge's findings and conclusions, accepts the Magistrate Judge's recommendation, and ORDERS that the decision of the Commissioner be, and is hereby, affirmed.

    SIGNED March 24, 2011.

    JOHN McBRYDE
    United States District Judge